# United States Court of Appeals for the Federal Circuit

---

December 1, 2010

**ERRATA**

---

Appeal No. 2010-5091

NORMA C. SULLIVAN AND DONALD E. SULLIVAN,
*Plaintiffs-Appellees,*

v.

UNITED STATES,
*Defendant-Appellant.*

Decided:  November 29, 2010
Nonprecedential Opinion

---

Please make the following change:

Page 5, line 26, change "loses" to  --losses--.